AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No.  17-2557 MCA |
| | ) | |
| PETER FITZPATRICK | ) | CO Case No.  17-mj-1187-MEH |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   PETER FITZPATRICK,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-3:   18 U.S.C. § 2261A(2):  Stalking.

Date:   09/22/2017

_____
*Issuing officer's signature*

City and state:   Albuquerque, NM

Matthew J. Dykman, Clerk of Court
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

IN THE UNITED STATES DISTRICT COURT

SEP 2 1 2017

FOR THE DISTRICT OF NEW MEXICO

MATTHEW J. DYKMAN
CLERK

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CRIMINAL NO. 17-2557 MCA |
| vs. | ) | Counts 1-3: 18 U.S.C. § 2261A(2): Stalking. |
| **PETER FITZPATRICK**, | ) | |
| Defendant. | ) | CO Case No.  17-mj-1187-MEH |

INDICTMENT

The Grand Jury charges:

Count 1

On or between February 1, 2016, and September 1, 2017, in the District of New Mexico, the defendant, **PETER FITZPATRICK**, with the intent to harass, and intimidate, used the mail, any interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, including a telephone, to engage in a course of conduct that placed J.O., a person known to the grand jury, in reasonable fear of death and serious bodily injury, and caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to J.O.

In violation of 18 U.S.C. § 2261A(2).

Count 2

On or between February 1, 2016, and September 1, 2017, in the District of New Mexico, the defendant, **PETER FITZPATRICK**, with the intent to harass, and intimidate, used the

mail, any interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, including a telephone, to engage in a course of conduct that placed S.B., a person known to the grand jury, in reasonable fear of death and serious bodily injury, and caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to S.B.

In violation of 18 U.S.C. § 2261A(2).

### Count 3

On or between February 1, 2016, and September 1, 2017, in the District of New Mexico, the defendant, **PETER FITZPATRICK**, with the intent to harass, and intimidate, used any interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce, including a telephone, to engage in a course of conduct that placed T.B., a person known to the grand jury, in reasonable fear of death and serious bodily injury, and caused, attempted to cause, and would reasonably be expected to cause substantial emotional distress to T.B.

In violation of 18 U.S.C. § 2261A(2).

A TRUE BILL:

/S/
FOREPERSON OF THE GRAND JURY

Assistant United States Attorney

09/11/17 2:29pm