IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 17-mj-01187-MEH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

PETER FITZPATRICK,

    Defendant.
_____

**UNOPPOSED MOTION TO CONTINUE
THE DETENTION AND IDENTITY HEARING**
_____

    Defendant Peter Fitzpatrick (hereinafter Mr. Fitzpatrick), by and through undersigned counsel, Assistant Federal Public Defender Timothy P. O'Hara, requests that the Detention and Identity Hearing be continued from October 10, 2017, at 10:00 a.m., to the same date at 2:00 p.m.   In support of this Unopposed Motion, undersigned counsel states:

    1.    The Detention and Identity Hearing was set per Minute Entry (Doc. 3) for October 10, 2017, at 10:00 a.m.

    2.    Undersigned counsel has a previously scheduled Presentence Investigation interview at 9:00 a.m. on that same day.

    3.    Undersigned counsel requests that the Detention and Identity Hearing be moved to 2:00 p.m. on October 10, 2017.

4. Undersigned counsel contacted counsel for the government and she has no objection to continuing the Detention and Identity Hearing to the requested time.

WHEREFORE, Defendant respectfully requests that the Court grant this Unopposed Motion and continue the hearing to October 10, 2017 at 2:00 p.m.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/ Timothy P. O'Hara
TIMOTHY P. O'HARA
Assistant Federal Public Defender
633 Seventeenth Street, Suite 1000
Denver, Colorado   80202
Telephone:   (303) 294-7002
FAX:   (303) 294-1192
Timothy_OHara@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on October 5, 2017, I electronically filed the foregoing:

**UNOPPOSED MOTION TO CONTINUE
THE DETENTION AND IDENTITY HEARING**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Martha Ann Paluch
    Assistant U.S. Attorney
    Email:   martha.paluch@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participants in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mr. Peter Fitzpatrick(U.S. Mail)

    s/ Timothy P. O'Hara
    TIMOTHY P. O'HARA
    Assistant Federal Public Defender
    633 Seventeenth Street, Suite 1000
    Denver, Colorado   80202
    Telephone:   (303) 294-7002
    FAX:   (303) 294-1192
    Timothy_OHara@fd.org
    Attorney for Defendant