AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br><br>PETER FITZPATRICK<br><br>*Defendant* | )<br>)  CO Csc # 17-mj-01187-MEH<br>)  Case No. 17-2557 MCA<br>)<br>)<br>) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* PETER FITZPATRICK,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Counts 1-3: 18 U.S.C. § 2261A(2): Stalking.

Date: 09/22/2017

*Issuing officer's signature*

City and state: Albuquerque, NM

Matthew J. Dykman, Clerk of Court
*Printed name and title*

FILED U.S. DISTRICT COURT DISTRICT OF COLORADO
2017 OCT -6 PM 3:28
JEFFREY P. COLWELL CLERK
BY____ DEP. CLK

### Return

This warrant was received on *(date)* 09/22/2017, and the person was arrested on *(date)* 10/04/2017
at *(city and state)* Wheat Ridge, CO.

Date: 10/04/2017

*Arresting officer's signature*

Sullivan J. Roper, Special Agent
*Printed name and title*